**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-415-KC** |
| | § | |
| **JAN ABRAHAM NEL,** | § | |
| | § | |
| **Respondent.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the United States' (the "Government") Unopposed Motion to Dissolve Order of Authorization and to Close Case ("Motion"), ECF No. 5. On November 15, 2024, the Court entered a Temporary Restraining Order, authorizing the Government to conduct a non-consensual medical examination of Mr. Nel and, if medically necessary, to administer non-consensual intravenous hydration. Nov. 15, 2024, Order 5 ("TRO"), ECF No. 3. The Court also appointed Mr. Joseph Veith as attorney for Mr. Nel, Nov. 15, 2024, Order 1, ECF No. 4, and set the case for a status hearing on November 21, 2024, TRO 5. The Court further ordered that the TRO would expire on November 29, 2024. TRO 5.

The Government states that Mr. Nel consented to a medical examination, which revealed that he is "in stable condition." Mot. 3. Mr. Nel has also "consented to drinking 1,800 calories of Boost per day," in addition to the liquids he has continued drinking during his current hunger strike. *Id.* The Government states that Mr. Nel's compliance with medical monitoring and his stable condition mean there is "no further need for the Order or Court intervention." *Id.* Mr. Nel is unopposed to the Government's Motion. *Id.*

Accordingly, the Motion is **GRANTED**. The Court **ORDERS** that the November 15, 2024, Temporary Restraining Order, ECF No. 3, is **DISSOLVED**.

**IT IS FURTHER ORDERED** that all of the Government's claims in this case are **DISMISSED**.

**IT IS FURTHER ORDERED** that the Status Hearing set for November, 21, 2024, at 1:00 p.m. is **CANCELLED**.

The Clerk shall close the case.

**SO ORDERED.**

SIGNED this 20th day of November, 2024.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE