**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-415-KC** |
| | § | |
| **JAN ABRAHAM NEL,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER**

On this day, the Court considered Respondent's Hunger Strike Status Update, ECF No. 8, filed on February 7, 2025. This case was brought by the United States of America, which sought an emergency temporary restraining order to allow it to administer involuntary medical examinations and hydration on Respondent, who was then on a hunger strike. *See generally* Compl., ECF No. 1; Ex Parte Mot. Emergency Temporary Restraining Order, ECF No. 2. When Respondent ended his hunger strike, the Court dissolved its Temporary Restraining Order, ECF No. 3, and closed the case on November 20, 2024. Nov. 20, 2024, Order, ECF No. 6. The case has remained closed since.

The Court has reviewed Respondent's Status Update. The Status Update contains a header with this case's style and cause number. Status Update 1. Respondent refers to a new hunger strike, makes statements regarding his continued detention, and identifies grievances with the Department of Homeland Security. *See generally id.* But the issues Plaintiff raises are legally irrelevant in this case, which concerned only the Government's request for injunctive relief to administer medical examinations and involuntary hydration. That claim has been resolved. *See* Nov. 20, 2024, Order. The Court expresses no opinion as to the potential legal

merits of Plaintiff's claims, but if Plaintiff wishes to seek relief for any of the issues he identifies, he must do so in a separate proceeding, by following the usual process for commencing a new case.

Accordingly, the Court **ORDERS** that Respondent's Status Update, ECF No. 8, is **STRICKEN.**

The Clerk shall **SEND** this Order to Respondent at the address from which the Status Update was received, via certified mail, return receipt requested.

The case shall remain closed.

**SO ORDERED.**

SIGNED this 10th day of February, 2025.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE